IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPENCER T. SMITH, ESQUIRE | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:01-CV-794 |
| | * (Judge Rambo) |
| THE ESTATE OF FRANK A. CALABRESE and KATHLEEN CALABRESE, Executrix of the Estate of Frank A. Calabrese | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * *

## ORDER

AND NOW, this 29 day of Jan., 2002 upon consideration of Plaintiff's/Counter-Defendant's Motion For Leave to File Amended Complaint it is hereby ORDERED that the Motion is GRANTED as follows:

1. The Clerk of the Court shall forthwith detach and accept for filing the First Amended Complaint attached to the Motion as Tab "B"; and

2. The Amended Complaint shall be deemed to have been served as of the date of this Order for the purpose of determining the time for response under Fed. R. Civ. P. 15(a).

BY THE COURT:

_____ J.

```
                  UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                         January 29, 2002


Re:   1:01-cv-00794    Smith v. Estate of Frank A. C



True and correct copies of the attached were mailed by the clerk
to the following:


     Jack M. Stover, Esq.
     Buchanan Ingersoll, PC
     One South Market Square
     213 Market St
     Third Floor
     Harrisburg, PA   17101

     P. Kevin Brobson, Esq.
     Buchanan Ingersoll Professional Corporation
     One South Market Square
     213 Market Street, Third Floor
     Harrisburg, PA   17101

     Gary C. Duvall, Esq.
     Miles & Stockbridge, P.C.
     600 Washington Ave.
     Suite 300
     Towson, MD   21204

     Lee C. Swartz, Esq.
     Tucker, Arensberg & Swartz
     111 North Front Street
     P.O. Box 889
     Harrisburg, PA   17108-0889

     Michael T. Hannafan, Esq.
     Michael T. Hannafan & Associates, Ltd.
     One East Wacker Drive
     Suite 2710
     Chicago, Il   60601

     Nicholas A. Pavich, Esq.
     Michael T. Hannafan & Associates, Ltd.
     One East Wacker Drive
     Suite 2710
     Chicago, IL   60601

     Cory A. Johnson, Esq.
     Michael T. Hannafan & Associates
     One East Wacker Dr.
```

Suite 2710
Chicago, IL  60601

Stephen M. Greecher Jr., Esq.
Tucker Arensberg & Swartz
111 N. Front St.
P. O. Box 889
Harrisburg, PA  17101-0889


cc:
Judge                            (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                 ( )              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen  ( )    PA Atty Gen ( )
                                         DA of County ( )    Respondents ( )
Bankruptcy Court                 ( )
Other_____            ( )
                                                MARY E. D'ANDREA, Clerk

DATE:  １-29-02                       BY:  ᏮᎢᏌ
                                           Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____

_____

Phone: _____

Signature: _____

Date: _____

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Fax (570) 207-5650        E-Mail: *mdpacourt@pamd.uscourts.gov*

**Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.**

---

[1] February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.