IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPENCER T. SMITH, ESQ.,** | : | CIVIL NO. 1:CV-01-0794 |
| **Plaintiff** | : | |
| v. | : | |
| **THE ESTATE OF FRANK A. CALABRESE and KATHLEEN CALABRESE, Executrix of the Estate of Frank A. Calabrese,** | : | |
| **Defendants** | : | |



FILED
SCRANTON
MAR 2 2 2002
PER _____
DEPUTY CLERK

### MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on ___March 19, 2002___, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

__x__ All individual parties and their counsel.

_____ Designated corporate representatives.

_____ Required claims professionals.

_____ Other (Describe). _____

_____

_____

      (b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

      (c) The outcome of the mediation conference was:

__x__ **The case has been completely settled.** Counsel will promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of this report.

_____ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

_____

_____ **The parties have reached an impasse.**

Done this __20th__ day of __March__, __2002__.

_____
Signature of Mediator

__Joel R. Burcat__
Name of Mediator

Phone (__717__) __231-4518__

O:\RAMBO\FORMS\01-0794med.wpd

2