

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPENCER T. SMITH, ESQUIRE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:01-CV-794 (Judge Rambo) |
| THE ESTATE OF FRANK A. CALABRESE and KATHLEEN CALABRESE, Individually and as Executrix of the Estate of Frank A. Calabrese | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Spencer T. Smith, Plaintiff, by his undersigned counsel and the Estate of Frank A Calabrese and Kathleen Calabrese, individually and as Executrix of the Estate of Frank A. Calabrese, Defendants, by their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to a dismissal WITH PREJUDICE of the above-captioned action in its entirety.

_____
Gary C. Duvall
James M. Timmerman
MILES & STOCKBRIDGE P.C.
600 Washington Avenue, Suite 300
Towson, Maryland  21204-3965
410-821-6565

*Attorneys for Plaintiff, Spencer T. Smith, Esquire*

_____ 4/1/02
Michael T. Hannafan
MICHAEL T. HANNAFAN &
  ASSOCIATES, LTD.
One East Wacker Street, Suite 2701
Chicago, Illinois  60601
312-527-0055

*Attorneys for Defendant, the Estate of Frank A. Calabrese and Kathleen Calabrese, individually and as Executrix*

So ordered:

_____     Date: _____ ____, 2002
Sylvia H. Rambo
U.S. District Judge
United States District Court for the
  Middle District of Pennsylvania